[Nos. 64931-1-I; 65131-5-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW THAYER VOGT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-04949-0, Michael Hayden, J., entered January 27, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 65197-8-I.   Division One.   July 18, 2011.]

CUONG TRANLA ET AL., *Appellants*, v. AMADOR ZAMORA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-05190-1, John P. Erlick, J., entered March 8, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Leach, JJ.

[No. 65261-3-I.   Division One.   July 18, 2011.]

EMMETT SOFFEY ET AL., *Respondents*, v. ANDREI DAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-05375-0, Julie A. Spector, J., entered March 19, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[Nos. 65655-4-I; 65656-2-I;   Division One.   July 18, 2011.]
65752-6-I; 65753-4-I;
65754-2-I; 65756-9-I.

*In the Matter of the Dependency of* T.L.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. BONNIE LEE DUNLAVY ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Island County, No. 09-7-00220-0, Alan R. Hancock, J., entered July 28, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.